USAO-EDOK Arrest Warrant (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**KENNETH GLENN MCCARROLL,**

***Defendant.***

SEALED

**WARRANT OF ARREST**

**Case No.** 26-MJ-228-JAR

**RECEIVED**
*By Eastern Oklahoma USMS at 12:15 pm, Aug 20, 2026*

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

and bring him forthwith to the nearest magistrate judge to answer a:

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with: Assault of a Spouse, Intimate Partner, and Dating Partner by Strangling and Attempting to Strangle, in violation of Title 18, United States Code, Sections 113(a)(8), 1151, and 1152; Assault with a Dangerous Weapon with Intent to Do Bodily Harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1152; and Use, Carry, Brandish and Discharge of a Firearm During and in Relation to a Crime of Violence, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii)

JASON A. ROBERTSON
Name of Issuing Judicial Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

[signature]
Signature of Issuing Judicial Officer

August 20, 2026, Muskogee, Oklahoma
Date and Location

FILED
AUG 25 2026
BONNIE HACKLER
Clerk, U.S. District Court
By ____________

Bail fixed at $ ____________

by: ____________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

McAlester, OK (ATF)

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/20/26 | Kody Fisher | [signature] |
| DATE OF ARREST 8/24/26 | | |